UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DUNSHAWN D. MORRIS,<br><br>    Defendant. | CR-10-081-LRS<br><br>ORDER GRANTING UNOPPOSED MOTION REGARDING HOME MONITORING |

Defendant's unopposed motion to vary from his pretrial home monitoring to allow him to spend December 24, 2010 shopping and December 25, 2010 with his children is **GRANTED**, provided however, defendant timely shall provide to Pretrial Services receipts and other documentation of his activities.

IT IS SO ORDERED.

DATED December 23, 2010.

          S/ CYNTHIA IMBROGNO
        UNITED STATES MAGISTRATE JUDGE

ORDER - 1