PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 28 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

U.S.A. vs.        Dunshawn D. Morris        Docket No.        2:10CR00081-001

## Petition for Action on Conditions of Pretrial Release

COMES NOW Shawn Kennicutt, pretrial services officer, presenting an official report upon the conduct of defendant, Dunshawn D. Morris, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 19th day of July 2011, under the following conditions:

**Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement.

**Special Condition #18:** Refrain from excessive use of alcohol.

**Special Condition:** Defendant shall have a curfew of 7:30 p.m. to 4:30 a.m. On days when the defendant's children are visiting, the defendant shall have a curfew of 9:30 p.m. to 4:30 a.m.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Dunshawn D. Morris is considered in violation of his conditions of pretrial release by being arrested for driving under the influence on June 25, 2011, by the Spokane Police Department.

**Violation #2:** Dunshawn D. Morris is considered in violation of his conditions of pretrial release by consuming alcohol to excess on or about June 25, 2011.

**Violation #3:** Dunshawn D. Morris is considered in violation of his conditions of pretrial release by being outside of his residence on or about June 25, 2011, at approximately 3:45 a.m.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/28/2011

by

Shawn Kennicutt
U.S. Probation Officer

PS-8
Re: Morris, Dunshawn D.
June 28, 2011
Page 2

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

06-28-2011
Date