UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>DUNSHAWN D. MORRIS,<br><br>                Defendant. | No. CR-10-081-LRS-1<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO AMEND RELEASE CONDITIONS |

Before the court without oral argument is Defendant's unopposed Motion to eliminate the requirement of electrical monitoring. The United States Probation Officer and the United States Assistant Attorney assigned to this matter have no objections.

**IT IS ORDERED** that the Defendant's Motion **(ECF NO. 162)** is **GRANTED.** Defendant's release conditions are modified by eliminating the requirement of electrical monitoring. All of the other terms and conditions of the Defendant's release shall remain the same.

DATED December 21, 2011.

                                    S/ CYNTHIA IMBROGNO
                              UNITED STATES MAGISTRATE JUDGE